IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

AMERICAN IMMIGRATION LAWYERS ASSOCIATION,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY and UNITED STATES CUSTOMS AND BORDER PROTECTION,

Defendants.

Civil Action No. 1:16-cv-02470-TSC

**DECLARATION OF NAIKANG TSAO**

I, Naikang Tsao, declare as follows:

1. I am a litigation partner at Foley & Lardner LLP. I represent Plaintiff American Immigration Lawyers Association (AILA) in this action. I make this declaration in support of AILA's Opposition to Defendants' Motion for Summary Judgment and AILA's Motion for Limited Discovery.

2. Attached at **Exhibit A** is a true and correct copy of a March 13, 2017 email I sent to counsel for defendants, Assistant U.S. Attorney Kenneth Adebonojo. The email also includes a chain of prior email correspondence with Mr. Adebonojo.

3. Attached at **Exhibit B** is a true and correct copy of a March 17, 2017 email response I received from Mr. Adebonojo.

4. Attached at **Exhibit C** is a true and correct copy of DHS, Office of Inspector General, IMPLEMENTATION OF L-1 VISA REGULATIONS (Aug. 2013), which is available at: https://www.oig.dhs.gov/assets/Mgmt/2013/OIG_13-107_Aug13.pdf.

5. Attached at **Exhibit D** is a true and correct copy of the cover page and pages 28-29 of U.S. Comm'n on Int'l Religious Freedom, BARRIERS TO PROTECTION: THE TREATMENT OF ASYLUM SEEKERS IN EXPEDITED REMOVAL, which is available at: http://www.uscirf.gov/sites/default/files/Barriers%20To%20Protection.pdf.

6. I did a comparison of the versions of the ORT Chapter 11 index that Defendants produced to AILA on March 1, 2017 and on June 15, 2017. Attached at **Exhibit E** is a copy of the June 15, 2017 version of the ORT Chapter 11 index, with red boxes added to show the 35 titles that defendants had redacted in the March 1, 2017 version of the Chapter 11 index, which were unredacted in the June 15, 2017 version.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 13th day of July, 2017.

/s/ *Naikang Tsao*
Naikang Tsao