IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN IMMIGRATION LAWYERS ASSOCIATION,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY and UNITED STATES CUSTOMS AND BORDER PROTECTION,<br><br>    Defendants. | Civil Action No. 1:16-cv-02470-TSC |

**PLAINTIFF AMERICAN IMMIGRATION LAWYERS ASSOCIATION'S MOTION FOR LIMITED DISCOVERY**

Pursuant to Fed. R. Civ. P. 56(d), Plaintiff American Immigration Lawyers Association ("AILA") respectfully seeks an order to depose the Government's two declarants, James Ryan Hutton and Patrick Howard, who submitted declarations in support of Defendants' Motion for Summary Judgment.  (*See* 6/7/16 Declaration of James Ryan Hutton (ECF No. 16-2 at 2-5); 6/6/17 Declaration of Patrick Howard (ECF No. 16-2 at 7-8).)

For the reasons stated in AILA's Combined Opposition to Defendants' Motion for Summary Judgment and Memorandum of Law in Support of Motion for Limited Discovery (at 21-23 (ECF No. 17 at Pages 27-29 of 31)), there are facts available to the Government that are not available to AILA on a number of key fact issues addressed in the Hutton and Howard declarations.  Because the Government's response to AILA's FOIA Request raises serious doubts as to the adequacy of the Government's search for responsive records, and there is

4851-9942-5867.1

evidence that the Government's response is patently incomplete, AILA's motion to depose the Government's two declarants should be granted. *See Exxon Corp. v. FTC*, 466 F. Supp. 1088, 1094 (D.D.C. 1978).

Pursuant to LCvR 7(m), on July 12, 2017, the undersigned counsel for AILA met and conferred with the Government's counsel, Kenneth Adebonojo, by telephone in order to determine whether there is any opposition to the relief sought, and the Government indicated that it intends to oppose this motion.

Dated:  July 13, 2017                                          Respectfully submitted,

/s/  *Naikang Tsao*
Naikang Tsao (admitted *pro hac vice*)
ntsao@foley.com
FOLEY & LARDNER LLP
150 East Gilman Street
Madison, WI  53703
Telephone:  (608) 258-4250
Fax:  (608) 258-4258

Melissa Crow (#453487)
mcrow@immcouncil.org
AMERICAN IMMIGRATION COUNCIL
1331 G. Street, NW, Suite 200
Washington, DC  20005
Telephone:  (202) 507-7523
Fax:  (202) 742-5619

*Attorneys for Plaintiff American Immigration Lawyers Association*

**CERTIFICATE OF SERVICE**

I certify that I caused a copy of the foregoing Plaintiff American Immigration Lawyers Association's Motion for Limited Discovery and [Proposed] Order to be served upon Defendants' counsel via ECF.

*/s/ Naikang Tsao*
Naikang Tsao
